

**ORDERED in the Southern District of Florida on May 24, 2024.**

**Scott M. Grossman, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In Re:                                                    Case No.  24-14430-SMG
                                                          Chapter 11

ECI Pharmaceuticals LLC,

     Debtor.

_____/

### INTERIM ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO APPROVE USE OF CASH COLLATERAL

**THIS MATTER** came before the Court on May 14, 2024 at 10:00 a.m. in Fort Lauderdale, Florida upon the Debtor ECI PHARMACEUTICALS LLC's (the "Debtor") *Emergency Motion to Approve Use of Cash Collateral* [ECF 7] (the "Motion"). Adequate notice of the hearing was given under the circumstances. The Court, having reviewed the record and having heard the proffers of counsel, and being otherwise fully advised in the premises, does hereby

**ORDER** as follows:

1.        The Motion is **GRANTED** on an interim basis to the extent set forth herein.

2.        The Debtor is hereby authorized to use the Cash Collateral (as defined in the Motion) in the manner set forth in the Motion and provided in this Order, on an interim basis until **June 14, 2024**.

3.        The Debtor is hereby permitted to use Cash Collateral, as defined in 11 U.S.C. § 363(a), including the cash or noncash proceeds of assets that were not Cash Collateral on the Petition Date ("Cash Collateral") up to the amounts shown in the Budget attached hereto.

4.        As a condition of permitting the Debtor to use Cash Collateral as provided herein, the Debtor will operate in accordance with the Budget. The Debtor may spend Cash Collateral in amounts that exceed the aggregate amount of operational expenses set forth in the Budget by no more than ten percent (10%).

5.        As adequate protection for the use of Cash Collateral and for any diminution in value of the Lender's prepetition collateral as described in the loan documents between the Debtor and the Lender (the "Pre-petition Collateral"), the Lender is hereby granted a valid, perfected lien upon, and security interest in, all cash generated post-petition by the "Property" (as defined in the Motion), but only to the extent and in the order of priority of any valid and perfected pre-petition lien.

6.        The postpetition liens and security interests granted to the Lender, if any, shall be valid and perfected post-petition, to the extent and priority of the prepetition lien(s), without the need for execution or filing of any further documents or instruments otherwise required to be filed or be executed or filed under non-bankruptcy law.

7.        The Debtor shall forthwith serve a copy of this Order and the Motion on all parties and counsel entitled to notice pursuant to Rule 4001(b) of the Bankruptcy Rules.

8.        Nothing herein shall limit or prejudice the Lender from seeking such other or

further relief or right available in law, under the Code or otherwise.

9.    The Court shall conduct a continued hearing on the use of cash collateral of the

Lender on **June 12, 2024 at 1:30 p.m.** at the United States Courthouse, 299 E Broward

Blvd., Courtroom 308, Fort Lauderdale, FL 33301.

**###**

<u>Submitted by</u>:
Aaron A. Wernick, Esq.
Wernick Law, PLLC
*Attorneys for the Debtor*
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
(561) 961-0922
awernick@wernicklaw.com

*Attorney Wernick is directed to serve a copy of this order on all parties in interest
and file an appropriate certificate of service.*

# Exhibit "A"

**ECI Pharmaceuticals, LLC**
**BioRamo LLC**

| Week Beginning >> | 1<br>5/6/24 | 2<br>5/13/24 | 3<br>5/20/24 | 4<br>5/27/24 | 5<br>6/3/24 | 6<br>6/10/24 | 7<br>6/17/24 | 8<br>6/24/24 | 9<br>7/1/24 | 10<br>7/8/24 | 11<br>7/15/24 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash | $ - | $ 4,478.04 | $ 20,189.04 | $ 38,727.09 | $ 157,240.09 | $ 150,740.09 | $ 181,890.09 | $ 166,393.09 | $ 130,293.09 | $ 120,094.09 | $ 74,994.09 |
| **Cash Receipts** | | | | | | | | | | | |
| Accounts Receivable | | | $ 40,500.00 | $ 225,000.00 | | $ 93,000.00 | | | | | |
| Lawsuit Proceeds | | | $ 50,000.00 | | | | | | | | |
| Funding from Third Party Source | $ 110,000.00 | $ 100,000.00 | | | | | | | | | |
| Total Cash Receipts | $ 110,000.00 | $ 100,000.00 | $ 90,500.00 | $ 225,000.00 | $ - | $ 93,000.00 | $ - | $ - | $ - | $ - | $ - |
| Total Cash | $ 110,000.00 | $ 104,478.04 | $ 110,689.04 | $ 263,727.09 | $ 157,240.09 | $ 243,740.09 | $ 181,890.09 | $ 166,393.09 | $ 130,293.09 | $ 120,094.09 | $ 74,994.09 |
| **Expenditures** | | | | | | | | | | | |
| Payroll and benefits (inc. taxes) | $ (100,740.00) | $ (81,089.00) | | $ (83,000.00) | | $ (25,000.00) | | $ (25,000.00) | | $ (25,000.00) | |
| 401(K) | | | $ (7,664.95) | $ (3,750.00) | | $ (2,500.00) | | $ (2,500.00) | | $ (2,500.00) | |
| Payroll BENEFITS | $ (4,196.96) | | | | | | | | | | |
| Contractors / Consultant | | $ (3,200.00) | $ (3,500.00) | $ (5,600.00) | $ (3,500.00) | $ (5,600.00) | $ (3,500.00) | $ (5,600.00) | $ (3,500.00) | $ (5,600.00) | $ (3,500.00) |
| Manufacturing Supplies | | | | $ (2,500.00) | | $ (13,500.00) | | | | | |
| Utilities | | | $ (8,997.00) | $ (9,137.00) | | | $ (8,997.00) | | | $ (9,000.00) | $ (8,997.00) |
| Glasspac | | | $ (8,550.00) | | | $ (8,500.00) | | | | | $ (8,500.00) |
| Insurance | | | $ (40,000.00) | | | | | | | | |
| QC | | | | | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) | $ (500.00) |
| Licenses | | | $ (750.00) | | | $ (3,750.00) | | | $ (3,699.00) | | |
| Chapter 5 Trustee | | | | | | | | | | | $ (3,750.00) |
| Office & Other | $ (585.00) | | $ (2,500.00) | $ (2,500.00) | $ (2,500.00) | $ (2,500.00) | $ (2,500.00) | $ (2,500.00) | $ (2,500.00) | $ (2,500.00) | $ (2,500.00) |
| Total Expenses | $ (105,521.96) | $ (84,289.00) | $ (71,961.95) | $ (106,487.00) | $ (6,500.00) | $ (61,850.00) | $ (15,497.00) | $ (36,100.00) | $ (10,199.00) | $ (45,100.00) | $ (27,747.00) |
| Ending Cash | $ 4,478.04 | $ 20,189.04 | $ 38,727.09 | $ 157,240.09 | $ 150,740.09 | $ 181,890.09 | $ 166,393.09 | $ 130,293.09 | $ 120,094.09 | $ 74,994.09 | $ 47,247.09 |